**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
REGISTERED HOLDERS OF WELLS
FARGO COMMERCIAL MORTGAGE
SECURITIES, INC, MULTIFAMILY
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2019-SB60,

        Plaintiff,

        -v.-

7001 S MICHIGAN LLC, AN ILLINOIS
LIMITED LIABILITY COMPANY; 5253 S
PRAIRIE LLC, AN ILLINOIS LIMITED
LIABILITY COMPANY; 7701 S GREEN
PROPERTY LLC, AN ILLINOIS LIMITED
LIABILITY COMPANY; 6952 S CLYDE
LLC, AN ILLINOIS LIMITED LIABILITY
COMPANY; 7646 S INGLESIDE LLC, AN
ILLINOIS LIMITED LIABILITY
COMPANY; 7053 S YALE LLC, AN
ILLINOIS LIMITED LIABILITY
COMPANY; 125 E 71st LLC, AN ILLINOIS
LIMITED LIABILITY COMPANY; 7645 S
EAST END LLC, AN ILLINOIS LIMITED
LIABILITY COMPANY; 6214 S
EBERHART LLC, AN ILLINOIS LIMITED
LIABILITY COMPANY; 6957 S WABASH
PROPERTY LLC, AN ILLINOIS LIMITED
LIABILITY COMPANY,

21 CV 06906

Page 1 of 4

85047970.2

Notice of Sale

Defendants .

## AMENDED NOTICE OF SALE

PUBLIC NOTICE IS HEREBY GIVEN that pursuant to an Agreed Judgment of Foreclosure and Sale entered in the above cause on August 25, 2022, an agent for The Judicial Sales Corporation, will at 10:30 AM on October 20, 2022, at The Judicial Sales Corporation, One South Wacker, 1st Floor Suite 35R, Chicago, IL, 60606, sell at a public sale to the highest bidder, as set forth below, the following described real estate, together with all personal property described as collateral in that certain Multifamily Mortgage, Assignment of Rents and Security Agreement recorded with the Cook County Recorder of Deeds on December 11, 2018 as Document No. 1834506022, including but not limited to the personal property located at or otherwise related to said real estate, *to wit*:

**LOTS 38 AND 39 IN BLOCK 17 IN WEST AUBURN SUBDIVISION OF BLOCKS 17 TO 20 AND 29 TO 32 INCLUSIVE IN THE SUBDIVISION OF THE SOUTHEAST QUARTER OF SECTION 29, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.**

Commonly known as 7701 SOUTH GREEN STREET, CHICAGO, IL 60620

Property Index No. 20-29-423-001-0000

The real estate is improved with a multi-family commercial property.

The judgment amount was $1,712,291.97.

Sale terms: **25% down of the highest bid by certified funds at the close of the sale payable to The Judicial Sales Corporation. No third party checks will be accepted.** The balance— including the Judicial Sale fee for the Abandoned Residential Property Municipality Relief Fund, which is calculated on residential real estate at the rate of $1 for each $1,000 or fraction thereof of the amount paid by the purchaser not to exceed $300 (unless said purchaser is the mortgagee or any mortgagee, judgment creditor, or other lienor whose rights in and to the real estate arose prior to the sale, in which case no fee shall be paid)—in certified funds/or wire transfer, is due within twenty-four (24) hours. The subject property is subject to general real estate taxes, special assessments, or special taxes levied against said property and is offered for sale without any representation as to quality or quantity of title and without recourse to Plaintiff and in "AS IS" condition. The sale is further subject to confirmation by the court.

Upon payment in full of the amount bid, the purchaser will receive a Certificate of Sale that

Page 2 of 4

85047970.2

Notice of Sale

will entitle the purchaser to a deed to the real estate and a bill of sale for the personal property after confirmation of the sale.

The property will **NOT** be open for inspection and Plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the court file to verify all information.

If this property is a condominium unit, the purchaser of the unit at the foreclosure sale, other than a mortgagee, shall pay the assessments and the legal fees required by The Condominium Property Act, 765 ILCS 605/9(g)(1) and (g)(4). If this property is a condominium unit which is part of a common interest community, the purchaser of the unit at the foreclosure sale other than a mortgagee shall pay the assessments required by The Condominium Property Act, 765 ILCS 605/18.5(g-1).

**IF YOU ARE THE MORTGAGOR (HOMEOWNER), YOU HAVE THE RIGHT TO REMAIN IN POSSESSION FOR 30 DAYS AFTER ENTRY OF AN ORDER OF POSSESSION, IN ACCORDANCE WITH SECTION 15-1701(C) OF THE ILLINOIS MORTGAGE FORECLOSURE LAW.**

You will need a photo identification issued by a government agency (driver's license, passport, etc.) in order to gain entry into our building and the foreclosure sale room in Cook County and the same identification for sales held at other county venues where The Judicial Sales Corporation conducts foreclosure sales.

For information, contact Plaintiff's Counsel, Nathan B. Grzegorek, POLSINELLI PC, 150 N. RIVERSIDE PLAZA, SUITE 3000, CHICAGO, IL, 60606 (312) 819-1900. Please refer to file number 111184-681074.

THE JUDICIAL SALES CORPORATION
One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650; (312) 236-SALE
You can also visit The Judicial Sales Corporation at www.tjsc.com for a 7 day status report of pending sales.

Nathan B. Grzegorek
POLSINELLI PC
150 N. RIVERSIDE PLAZA, SUITE 3000
CHICAGO, IL 60606
312-819-1900
E-Mail: ngrzegorek@polsinelli.com
Attorney File No. 111184-681074
Attorney Code. 47375
Case Number: 21 CV 06906
TJSC#: 42-3292

85047970.2

Notice of Sale

.

NOTE: Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

.

.

.

.

.

.