**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB60, <br><br> Plaintiff, <br><br> v. <br><br> 7001 S MICHIGAN LLC, an Illinois limited liability company; 5253 S PRAIRIE LLC, an Illinois limited liability company; 7701 S GREEN PROPERTY LLC, an Illinois limited liability company; 6952 S CLYDE LLC; an Illinois limited liability company; 7646 S INGLESIDE LLC, an Illinois limited liability company; 7053 S YALE LLC, an Illinois limited liability company; 125 E 71st STREET LLC, an Illinois limited liability company; 7645 S EAST END LLC, an Illinois limited liability company; 6214 S EBERHART LLC, an Illinois limited liability company; and 6957 S WABASH PROPERTY LLC, an Illinois limited liability company, <br><br> Defendants. | Case No. 21-cv-06906 <br><br> Hon. Ronald Guzman |

**ASSIGNMENT OF JUDGMENT OF FORECLOSURE AND SALE**

WHEREAS, on August 25, 2022, an Agreed Judgment of Foreclosure and Sale (the "**Judgment**") was entered in the United States District Court for the Northern District of Illinois, Eastern Division, in favor of Plaintiff Wilmington Trust, National Association, as trustee for the registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2019-SB60 (the "**Assignor**") and against Defendants 7001 S Michigan LLC, *et al.* (the "**Judgment Debtors**") in the action captioned: *Wilmington Trust, National Association, as trustee for the registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2019-SB60 v. 7001 S Michigan LLC, et al.* Case No. 21-cv-06906; and

85312683.1

WHEREAS, Assignor now wishes to assign, sell and transfer to FRESB SB60 Chicago Loan Holdings, LLC, a Delaware limited liability company ("**Assignee**"), said Judgment and all of Assignor's right, title and interest therein, to be effective as of _OCTOBER 12_, 2022.

NOW, THEREFORE, in consideration of the sum of $10.00 paid by Assignee to Assignor contemporaneously with the execution of this instrument, and other good and valuable consideration, the receipt and sufficiency of which are hereby expressly acknowledged, Assignor does hereby assign to Assignee said Judgment and all sums of money and/or other remedies that may be obtained by means thereof (including court costs and interest due thereon at the statutory rate from the date of Judgment entry).

Signed, sealed and delivered in the presence of:

**WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB60**

Name: _Stacey Bernal_

Name: _Sunnie Catlin_

By:     CWCapital Asset Management LLC, a Delaware limited liability company, solely in its capacity as Special Servicer for Assignor

By:
Name:    _Alex Killick_
Title:    _Managing Director_

DISTRICT OF COLUMBIA    )    SS:

The undersigned, a Notary Public in and for the District of Columbia, does hereby acknowledge that Alex Killick, as Managing Director of CWCapital Asset Management LLC, a Delaware limited liability company, solely in its capacity as Special Servicer for WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2019-SB60, appeared before me this day, and being by me duly sworn, says that he, being informed of the contents, voluntarily executed the foregoing instrument for and on behalf of such entity.

WITNESS my hand and official seal this _12th_ day of _October_, 2022.

Notary Public



85312683.1

## CERTIFICATE OF SERVICE

Nathan B. Grzegorek, an attorney, deposes and states that he served the above and foregoing **Assignment of Judgment of Foreclosure and Sale** upon the persons identified on the Service List, by filing same with the Clerk of the Court using the CM/ECF system, on or before 5:00 p.m. on _____ October 13 , 2022

/s/ Nathan B. Grzegorek

## SERVICE LIST

William J. Serritella, Jr.
Jillian S. Cole
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: 312.527.4000
Email: wserritella@taftlaw.com;
jcole@taftlaw.com
*Counsel for defendants 7001 S Michigan LLC,*
*5253 S Prairie LLC, 7701 S Green Property*
*LLC, 6952 S Clyde LLC, 7646 S Ingleside*
*LLC, 7053 S Yale LLC, 125 E 71st LLC, 7645*
*S East End LLC, 6214 S Eberhart LLC, and*
*6957 S Wabash Property LLC*

Lee F. Dewald
Dewald Law Group PC
1237 S. Arlington Heights Rd.
Arlington Heights, IL 60005
Email: ldewald@dewaldlawgroup.com
*Counsel for M. Shapiro Management*
*Company, LLC, as court-appointed receiver*

85312683.1